THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUOLI NI, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEKGO, INC.; STERIS INSTRUMENT MANAGEMENT SERVICES, INC.; and STERIS CORPORATION,<br><br>Defendants. | No. 3:26-cv-05063-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND ANSWER DEADLINE |

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that, in the above-captioned matter, the deadline for Defendants to respond to Plaintiff's Complaint is hereby extended to Tuesday, March 31, 2026. No further extensions will be granted.

IT IS SO ORDERED this __17th__ day of _____March_____, 2026.

_____
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND ANSWER DEADLINE - 1
(Case No. 3:26-cv-05063-JLR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

PRESENTED BY:

LAWYERS FOR JUSTICE P.C.

By: s/ Robert E. Morelli
    Devin Kathleen Epp, WSBA #60037
    Derek Moretz, WSBA #62935
    LAWYERS FOR JUSTICE P.C.
    600 Stewart Street, Suite 300
    Seattle, WA 98101
    Telephone (424) 587-8423
    Facsimile (818) 265-1021
    d.epp@calljustice.com
    derek@calljustice.com

    Carolyn H. Cottrell (pro hac vice)
    Ori Edelstein (pro hac vice)
    Robert E. Morelli (pro hac vice)
    SCHNEIDER WALLACE
    COTTRELL KIM LLP
    2000 Powell Street, Suite 1400
    Emeryville, CA 94608
    Telephone (415) 421-7100
    Facsimile (415) 421-7105
    ccottrell@schneiderwallace.com
    oedelstein@schneiderwallace.com
    rmorelli@schneiderwallace.com

    Counsel for Plaintiff

JACKSON LEWIS P.C.

By: s/ Brian K. Keeley
    Brian K. Keeley, WSBA #32121
    520 Pike Street, Suite 2300
    Seattle, WA 98101
    Telephone (206) 626-3802
    Brian.Keeley@jacksonlewis.com

    Counsel for Defendants

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND ANSWER DEADLINE - 2
(Case No. 3:26-cv-05063-JLR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Devin Kathleen Epp, WSBA #60037<br>Derek Moretz, WSBA #62935<br>LAWYERS FOR JUSTICE P.C.<br>600 Stewart Street, Suite 300<br>Seattle, WA 98101<br>Telephone (424) 587-8423<br>Facsimile (818) 265-1021<br>Email: d.epp@calljustice.com<br>　　　derek@calljustice.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |
| Carolyn H. Cottrell*<br>Ori Edelstein*<br>Robert E. Morelli*<br>SCHNEIDER WALLACE<br>COTTRELL KIM LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone (415) 421-7100<br>Facsimile (415) 421-7105<br>Email: ccottrell@schneiderwallace.com<br>　　　oedelstein@schneiderwallace.com<br>　　　rmorelli@schneiderwallace.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

DATED this 17th day of March, 2026.

_____
Tanya Stewart

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND ANSWER DEADLINE - 3
(Case No. 3:26-cv-05063-JLR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404